June 7, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

MICHAEL A. POKLAR, Appellant

NO. 14-11-00710-CV                    V.

ARTHUR BROWN, MD., PH.D, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Arthur Brown, M.D., Ph.D, signed, February 14, 2011, was heard on the transcript of the record. The parties filed a joint motion to dismiss the appeal. We therefore order the appeal **DISMISSED**.

We order the parties to pay their own costs incurred in this appeal. We further order this decision certified below for observance. We further order that mandate be issued immediately.